UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br>v.<br><br>UNITED ELECTRIC MOTORS, INC.,<br><br>Defendant. | CASE NO. C18-0308-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant United Electric Motors, Inc., is currently unrepresented by counsel. An answer was filed on behalf of Defendant by Richard Waller, who does not appear to be a licensed attorney. (*See* Dkt. No. 7.) Under Local Civil Rule 83.2(b)(4), "[a] business entity, except a sole proprietorship, must be represented by counsel." Defendant appears to be a Washington corporation. (*See* Dkt. No. 1.)

Defendant is ORDERED to show cause why the Court should not enter default against it for failing to obtain counsel. *See* W.D. Wash. Local Civ. R. 83.2(b)(4) ("failure to obtain a replacement attorney . . . may result in the . . . entry of default against the business entity as to any claims of other parties.") Defendant must respond within twenty-one (21) days from the date

1 | of this order, by either obtaining counsel to represent it or filing evidence with the Court that it is
2 | a sole proprietorship that is not required to have licensed counsel.
3 |     DATED this 23rd day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0308-JCC
PAGE - 2