THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED ELECTRIC MOTORS, INC.,<br><br>Defendant. | CASE NO. C18-0308-JCC<br><br>JUDGMENT |

This matter comes before the Court on Plaintiff's motion for a default judgment against Defendant United Electric Motors, Inc. (Dkt. No. 13). Defendant, a Washington corporation, has failed to appear and defend itself and has been found to be in default. (Dkt. No. 7). Having thoroughly considered Plaintiffs' motion and the relevant records, and pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff is AWARDED judgment against Defendant as follows:

| | |
|---|---|
| Withdrawal Liability Owed: | $43,485.00 |
| Liquidated Damages: | $8,697.00 |
| Interest through August 1, 2018: | $1,248.59 |
| Attorney Fees through August 1, 2018: | $3,661.00 |
| Costs through August 1, 2018: | $480.00 |
| Total Principle Judgment: | $57,571.59 |

1     Post-judgment interest will accrue at a rate of 12% per annum from the date this
2 judgment is entered.
3     DATED this 6th day of August 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE